# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| STEVEN MITNICK,<br>**Assignee for Benefit of Creditors of Pro-Fruit Marketing, Inc.,**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**FRUITFORT AGRICOLA EXPORTCAO, LTDA,**<br><br>        **Defendant.** | Civil Action No. 13-2151 (CCC)<br><br>**ORDER** |

On November 19, 2013, the Court entered an Order granting Defendant's then-attorney permission to withdraw as counsel of record. Also, because Defendant failed to retain substitute counsel and seemingly had abandoned the case, the Court directed Plaintiff to promptly file a motion to "strike defendant's answer and enter default . . . ." [CM/ECF. 24.]

On December 13, 2013, Plaintiff filed a motion seeking to strike Defendant's answer and enter default <u>judgment</u>. [CM/ECF No. 25.] Entry of default and default judgment are different things, and the mere fact of a default does not necessarily entitle Plaintiff to a judgment. *See Strenkoski v. Apex Chem., Inc.*, No. 13-2201, 2013 WL 6662539, at *1-2 (D.N.J. Dec. 17, 2013).

Plaintiff's motion [CM/ECF No. 25] is **denied without prejudice**. Plaintiff may renew its motion limiting the relief requested to the striking of Defendants' answer and the entry of <u>default</u>. If that motion is granted, then Plaintiff may further move for the entry of judgment. *See, e.g.*, *Strenkoski*, 2013 WL 6662539, at *1. Any renewed motion should be filed no later than **January 3, 2014**.

      **SO ORDERED**.

                                          <u>s/Mark Falk</u>
                                          **MARK FALK**
                                          **United States Magistrate Judge**

**DATED: December 23, 2013**