# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN MITNICK, ASSIGNEE FOR THE BENEFIT OF CREDITORS OF PRO-FRUIT MARKETING, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRUITFORT AGRICOLA EXPORTAÇAO, <br> Defendants. | Civil Action No: 13-2151 (CCC) <br><br><br> **O R D E R** |

This matter comes before the Court on Plaintiff's motion to strike Defendant's Answer and Counterclaim for Entry of Default. (Docket No. 27). On March 18, 2014, Magistrate Judge Mark Falk issued a Report and Recommendation that Plaintiff's motion be granted and Defendant's Answer and Counterclaim be stricken and Default entered. No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Falk's Report and Recommendation, dated March 18, 2013, and for substantially the same reasons stated therein,

IT IS on this 14th day of May, 2014

**ORDERED** that this Court adopts Judge Falk's March 18, 2014 Report and Recommendation and thus grants Plaintiff's motion to strike Defendant's Answer and Counterclaim and for entry of Default.

                                        *s/ Claire C. Cecchi*
                                        **HON. CLAIRE C. CECCHI**
                                        **United States District Judge**